[No. 14324–7–I. Division One. September 2, 1986.]

LAWRENCE E. BECKWITH, ET AL, *Appellants,* v. ARLENE W. ATCHISON, *Individually and as Executrix,* ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–15107–8, James D. McCutcheon, Jr., J., entered February 3, 1984. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Cole and Schumacher, JJ. Pro Tem.

[No. 15537–7–I. Division One. September 2, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM M. HUNTER, *Petitioner.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–1–00360–4, Stuart C. French, J., entered September 24, 1984. *Reversed* by unpublished opinion per Grosse, J., concurred in by Williams and Webster, JJ.

[No. 14807–9–I. Division One. September 2, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY ALLEN COOK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–8–00109–9, Jerome M. Johnson, J., entered April 19, 1984. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Williams, J., and Johnsen, J. Pro Tem.